Kyle C. Bisceglie
OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP
*Attorneys for Plaintiffs*
744 Broad Street
Newark, New Jersey 07102
(973) 331-7200
Kbisceglie@olshanlaw.com

RECEIVED

DEC 21 2010

AT 8:30_____M
WILLIAM T. WALSH
CLERK

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| MARSHALL C. PHELPS AND RICHARD T. GERSTNER,<br><br>Plaintiffs,<br><br>-against-<br><br>D&S CONSULTANTS, INC. AND STEVEN A. DE CHIARO,<br><br>Defendants/Third-Party Plaintiffs,<br><br>-against-<br><br>JOSE UCLES,<br><br>Third-Party Defendant. | CIVIL ACTION NO.<br>09-CV-6386 (FLW/DEA)<br><br><u>CONSENT ORDER OF DISMISSAL</u> |

WHEREAS Plaintiffs, Marshall C. Phelps and Richard T. Gerstner and Defendants, D&S Consultants, Inc. and Steven A. De Chiaro, have settled the claims and counterclaims, only, asserted by and between the Plaintiffs and Defendants and have entered into a Settlement Agreement by and among D&S Consultants, Inc., Steven A. De Chiaro, Marshall C. Phelps, and Richard T. Gerstner (the "Settlement Agreement");

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel, that all claims and counterclaims asserted in this action between and among Plaintiffs and

LV1 1286493v1 12/01/10
LV1 1291237v1 12/09/10

Defendants, only, be and the same are hereby dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and with reference to Local Civil Rule 41.1(b) of the Local Civil Rules of this Court, with each party to bear its own fees and costs in connection with this proceeding; and

IT IS FURTHER STIPULATED AND AGREED that the Court shall retain jurisdiction for the purposes of enforcing the Settlement Agreement and the Settlement Transaction Documents (as that term is defined in the Settlement Agreement); and

IT IS FURTHER STIPULATED AND AGREED that this Consent Order of Dismissal shall not affect the third-party claims and third-party counterclaims by and among Third-Party Plaintiffs, D&S Consultants, Inc., and Steven A. De Chiaro and Third-Party Defendant, Jose Ucles.

Dated: December __, 2010
    New York, New York

**OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP**

By: _____
    Kyle C. Bisceglie
    Ellen V. Holloman (*Pro Hac Admitted*)
    Safia Anand, Esq.
    *Attorneys for Plaintiffs*
    744 Broad Street
    Newark, New Jersey 07102
    (973) 331-7200

Dated: December __, 2010
    Lawrenceville, New Jersey

**FOX ROTHSCHILD LLP**

By: _____
    R. James Kravitz, Esq.
    Abbey True Harris, Esq.
    *Attorneys for Defendant/
    Third Party Plaintiff
    D&S Consultants, Inc.*
    Princeton Pike Corporate Center
    997 Lenox Drive, Building 3
    Lawrenceville, New Jersey 08648-2311
    (609) 896-3600

Dated: December 10, 2010
    Newark, New Jersey

**McCARTER & ENGLISH LLP**

By: _____
    Robert Mintz, Esq.
    Mary Gabriel, Esq.
    *Attorneys for Defendant/
    Third-Party Plaintiff
    Steven A. De Chiaro*
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    (973) 622-4444

SO ORDERED:

_____  12/21/10
HON. FREDA L. WOLFSON, U.S.D.J.

All pending motions are dismissed as moot.

LV1 1286493v1 12/01/10
LV1 1291237v1 12/09/10

Dated: December __, 2010
    New York, New York

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
    Kyle C. Bisceglie
    Ellen V. Holloman (*Pro Hac Admitted*)
    Safia Anand, Esq.
    *Attorneys for Plaintiffs*
    744 Broad Street
    Newark, New Jersey 07102
    (973) 331-7200

Dated: December __, 2010
    Lawrenceville, New Jersey

FOX ROTHSCHILD LLP

By: _____
    R. James Kravitz, Esq.
    Abbey True Harris, Esq.
    *Attorneys for Defendant/*
    *Third Party Plaintiff*
    *D&S Consultants, Inc.*
    Princeton Pike Corporate Center
    997 Lenox Drive, Building 3
    Lawrenceville, New Jersey 08648-2311
    (609) 896-3600

Dated: December __, 2010
    Newark, New Jersey

McCARTER & ENGLISH LLP

By: _____
    Robert Mintz, Esq.
    Mary Gabriel, Esq.
    *Attorneys for Defendant/*
    *Third-Party Plaintiff*
    *Steven A. De Chiaro*
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    (973) 622-4444

SO ORDERED:

_____
HON. FREDA L. WOLFSON, U.S.D.J.

LV1 1286493v1 12/01/10
LV1 1291237v1 12/09/10

Dated: December 10, 2010
     New York, New York

OLSHAN GRUNDMAN FROME
ROSENZWEIG & WOLOSKY LLP

By: _____
    Kyle C. Bisceglie
    Ellen V. Holloman (*Pro Hac Admitted*)
    Safia Anand, Esq.
    *Attorneys for Plaintiffs*
    744 Broad Street
    Newark, New Jersey 07102
    (973) 331-7200

Dated: December __, 2010
     Lawrenceville, New Jersey

FOX ROTHSCHILD LLP

By: _____
    R. James Kravitz, Esq.
    Abbey True Harris, Esq.
    *Attorneys for Defendant/*
    *Third Party Plaintiff*
    *D&S Consultants, Inc.*
    Princeton Pike Corporate Center
    997 Lenox Drive, Building 3
    Lawrenceville, New Jersey 08648-2311
    (609) 896-3600

Dated: December __, 2010
     Newark, New Jersey

McCARTER & ENGLISH LLP

By: _____
    Robert Mintz, Esq.
    Mary Gabriel, Esq.
    *Attorneys for Defendant/*
    *Third-Party Plaintiff*
    *Steven A. De Chiaro*
    Four Gateway Center
    100 Mulberry Street
    Newark, NJ 07102
    (973) 622-4444

SO ORDERED:

_____
HON. FREDA L. WOLFSON, U.S.D.J.